Your Name: JUDE DAVID SMITH

Address: 1761 UNIVERSITY AVE

ROOM 202, BERKELEY, CA 94703

Phone Number: 510-361-8215

Email Address: NONE

Pro Se

**FILED**

MAY 26 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

⑤
IFP
NP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]:  ☑ San Francisco   ☐ Oakland   ☐ San Jose   ☐ Eureka-McKinleyville

JUDE DAVID SMITH

_____

Plaintiff,

v.

CITY OF BERKELEY, ET
al.

_____

Defendant.

Case No. CV26.04945

TSH

[NAME OF DOCUMENT]

COMPLAINT

_____

Judge: Hon. _____

DEFENDANTS: CITY OF BERKELEY, BERKELEY POLICE DEPARTMENT, BERKELEY MENTAL HEALTH, BACS BERKELEY, BERKELEY HOUSING AUTHORITY, CAREBRIDGE BERKELEY.

1. JURISDICTION: THE FEDERAL LAWS ARE BEING BROKEN AGAINST ME: ADA & FAIR HOUSING.

2. VENUE: VENUE IS APPROPRIATE BECAUSE BOTH PLAINTIFF AND DEFENDANTS RESIDE IN THIS DISTRICT OF NORTHERN CALIFORNIA.

3. PLAINTIFF HAS CONTINUALLY BEEN HARASSED AND DISCRIMINATED AGAINST BY THE DEFENDANTS.

[DOCUMENT TITLE] COMPLAINT

PAGE 1 OF 2                    JDC TEMPLATE, UPDATED 11/2024

Your Name: JUDE DAVED SMITH

Address: 1761 UNIVERSITY AVE ROOM #202

BERKELEY, CA 94703

Phone Number: 510-361-8215

Email Address: NONE

Pro Se

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☑ San Francisco   ☐ Oakland   ☐ San Jose   ☐ Eureka-McKinleyville

JUDE DAVED SMITH

_____

Plaintiff,

v.

CITY of BERKELEY,

et al

_____

Defendant.

Case No. _____

[NAME OF DOCUMENT]

COMPLAINT

_____

Judge: Hon. _____

3. CONTINUED: DEFENDANTS CONTINUE TO PREVENT PLAINTIFF FROM HAVING HOUSING, THEREBY VIOLATING FAIR HOUSING LAWS AND VIOLATION OF THE AMERICANS W/ DISABILITIES ACT BECAUSE PLAINTIFF SUFFERS FROM SEVERE MENTAL HEALTH DISORDERS AND DEFENDANTS.

4. RELIEF: PLAINTIFF SEEKS $30 MILLION U.S.D. IN DAMAGES.

SIGN

JUDE DAVED SMITH
PRINT

5/26/26
DATE

[DOCUMENT TITLE] COMPLAINT

PAGE 2 OF 2                JDC TEMPLATE, UPDATED 11/2024