United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDE DAVID SMITH,
Plaintiff,
v.
CITY OF BERKELEY, et al.,
Defendants.

Case No. 26-cv-04945-TSH

**ORDER TO SHOW CAUSE**

On June 1, 2026, the Court granted Plaintiff Jude David Smith's application to proceed in forma pauperis and screened his complaint pursuant to 28 U.S.C. § 1915(e). ECF No. 4. The Court concluded that the complaint failed to state a cognizable claim for relief, granted Plaintiff leave to amend, and directed him to file an amended complaint by July 1, 2026. *Id.* On June 5, 2026, Plaintiff moved for an extension of that deadline. ECF No. 7. The Court granted the motion and extended the deadline to August 3, 2026. ECF No. 8.

One day later, on June 11, 2026, Plaintiff filed a one-page document titled "Amended Complaint." ECF No. 10. In that filing, Plaintiff seeks to add defamation claims without alleging supporting facts; add "Tony and Rich" at CareBridge Berkeley, Abraham Lincoln University, and San Francisco State University as defendants without alleging any conduct by those individuals or entities; and increase his requested damages to $70 million. Given the timing and content of the June 11 filing, the Court could not determine whether Plaintiff intended the filing to supplement his original complaint or to serve as the amended complaint authorized by the Court's screening order. Accordingly, the Court deferred further screening until after the August 3, 2026 deadline. ECF No. 11. The Court advised Plaintiff that, if he intended the June 11 filing (ECF No. 10) to constitute his amended complaint, he should file a notice so informing the Court, at which point the Court would screen that filing. *Id.* Alternatively, if Plaintiff filed another amended complaint by August 3, the Court would treat his most recent filing as the operative amended complaint and

screen it accordingly. *Id.*

The August 3, 2026 deadline has passed, and Plaintiff has neither filed another amended complaint nor notified the Court that he intends the June 11 filing to serve as his amended complaint. Plaintiff has therefore failed to comply with the Court's deadlines and has taken no further action to prosecute this case.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Accordingly, the Court **ORDERS** Plaintiff Jude David Smith to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 26, 2026. Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: August 12, 2026

THOMAS S. HIXSON
United States Magistrate Judge