UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

JUDE DAVID SMITH,

Plaintiff,

v.

CITY OF BERKELEY, et al.,

Defendants.

Case No. 26-cv-04945-JST

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE CASE WITHOUT PREJUDICE**

Re: ECF No. 17

The Court has reviewed Magistrate Judge Thomas S. Hixson's report and recommendation, ECF No. 17, to dismiss the case without prejudice for failure to prosecute and failure to comply with the Court's orders, ECF No. 14. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Judge Hixson issued an order to show cause and asked Plaintiff to show cause by August 26, 2026 why the action should not dismissed for failure to prosecute and comply wit the Court orders. ECF No. 14. When no response was received, on September 2, 2026, Judge Hixson issued an order recommending dismissal of the action without prejudice. Accordingly, the court will dismiss the case without prejudice for failure to prosecute and failure to comply with the Court's deadlines and orders.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 23, 2026

JON S. TIGAR
United States District Judge